IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-30025 |
| | ) | |
| JESUS SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION**

JEANNE E. SCOTT, U.S. District Judge:

This matter came before the Court on August 19, 2005, for a hearing on entry of Defendant Jesus Sanchez's plea of guilty. Defendant Jesus Sanchez appeared in person and by his attorney Robert Rascia. The Government appeared by Assistant U.S. Attorney David Risley. At the hearing, Defendant Jesus Sanchez: (1) pleaded guilty to the charge of conspiracy to distribute over 5 kg of cocaine, in violation of 21 U.S.C. § 841(a)(1), as set forth in Count 1 of the Superseding Indictment (d/e 34); and (2) admitted the allegations of forfeiture of property, pursuant to 21 U.S.C. § 853, as set forth in Count 4 of the Superseding Indictment. At the hearing, the Court learned that Defendant Jesus Sanchez is suffering from

medical problems that may require surgery. Jesus Sanchez is currently in the custody of U.S. Marshal. The Court directs the U.S. Marshal to transfer Defendant Jesus Sanchez to a medical facility operated by the United States Federal Bureau of Prisons for evaluation and appropriate treatment of his condition.

IT IS THEREFORE SO ORDERED.

ENTER:  August 22, 2005.

    FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                    UNITED STATES DISTRICT JUDGE